IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



HEPHZIBAH BATES,

    Plaintiff,

v.                                    Civil Action No. 3:12cv643

GOVERNOR ROBERT MCDONNELL,

    Defendant.


HEPHZIBAH BATES,

    Plaintiff,

v.                                      Civil Action No. 3:12cv649

PRESIDENT BARACK OBAMA,

    Defendant.

**ORDER**

Hephzibah Bates previously has filed civil actions in this Court which have been dismissed, pursuant to 28 U.S.C. § 1915 for the ground that they are frivolous and delusional and interposed for no valid purpose permitted by the rules of procedure or 28 U.S.C. § 1915 (see Bates v. Nunley, Civil Action No. 3:12cv211, Bates v. Nunley, Civil Action No. 3:12cv269 and Bates v. Queen Elizabeth, II, et al., Civil Action No. 3:12cv519), all of which involve frivolous and delusional assertions about Bates' relationship with the Queen of England, various public officials and various agencies. None of those

allegations make any sense. Now Bates has filed two additional actions involving the same frivolous and delusional allegations about the same general subjects, to-wit: <u>Bates v. McDonnell</u>, Civil Action No. 3:12cv643 and <u>Bates v. Obama</u>, Civil Action No. 3:12cv649.

Each of these cases is frivolous and delusional and appears to be interposed for no purpose other than harassment and vexation. Accordingly, the actions are dismissed with prejudice.

The filings by Bates burden the Court's limited resources and the Court, indeed, cannot afford to spend time reviewing frivolous and delusional Complaints such as those filed by Bates. Accordingly, Bates is ADVISED that, if she files any further Complaints in this Court involving any of the topics in the cases which have been previously dismissed as frivolous and delusional, as herein above identified, including these cases, she runs a risk of receiving a citation for contempt of Court which can be punished by imprisonment and fine.

Because the Complaints in these actions are frivolous and delusional, the motions, in respect of each of them, to proceed *informa pauperis* and financial affidavits are denied.

Because Bates' filings are burdensome to the Court and create and contribute to judicial insufficiency and a waste of judicial resources, Bates is ADVISED that if any further papers involving the allegations in these cases or in any others which have been dismissed as frivolous and delusional, are filed, she likely will be required

2

to show cause why she should be forever foreclosed from filing any further actions in this Court whatsoever.

The Clerk is directed to send a copy of this Order to Bates at the address shown on her pleadings.

It is so ORDERED.

                                      /s/      REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: September 24, 2012